# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

UNITED STATES OF AMERICA

V.

**Wilson Ray Tsosie**

☒ FILED ☐ LODGED
☐ RECEIVED ☐ COPY

AUG 1 0 2009

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED
**CRIMINAL COMPLAINT**

CASE NUMBER: 09-04208 M-001-PCT-MEA

I, the undersigned complainant being duly sworn states the following is true and correct to the best of my knowledge and belief.

### COUNT I

On or about August 7, 2009, in the District of Arizona, Coconino County, within the confines of the Navajo Indian Reservation, Indian Country, the defendant, Wilson Ray Tsosie, an Indian, with malice aforethought, did kill Selena Bedonie, an Indian,

in violation of Title 18 United States Code, Sections 1153 (a) and 1111.

I further state that I am a Special Agent of the Federal Bureau of Investigation (FBI) and that this complaint is based on the following facts:

**See Attached Affidavit Incorporated by Reference Herein**

Continued on an attached sheet and made a part hereof: ☒ Yes ☐ No

AUTHORIZED BY: Assistant United States Attorney Joe Lodge

Brian C. Fagan, Special Agent
Name of Complainant

Signature of Complainant

Sworn to before me and subscribed in my presence,

8-10-09
Date

at Flagstaff, Arizona
City and State

Mark E. Aspey, U.S. Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

UNITED STATES MAGISTRATE COURT
DISTRICT OF ARIZONA

FLAGSTAFF, ARIZONA

REDACTED AFFIDAVIT

The undersigned, being duly sworn, deposes and says:

1. Your affiant, Brian C. Fagan, is a Special Agent (SA) of the Federal Bureau of Investigation (FBI), and is currently assigned to the Flagstaff, Arizona Resident Agency of the Phoenix, Arizona FBI Field Office. In the course of his official duties, your affiant is charged with the investigation of crimes occurring on the Navajo Indian Reservation within the Federal District of Arizona. In this regard, the following information was developed by your affiant and/or provided to your affiant by FBI SA Brian Scott McGrew, Navajo Department of Criminal Investigations (NDCI) Criminal Investigator (CI) Verna Nez, CI Reeder Nez, and CI Donovan Delamr, in connection with the joint FBI/NDCI investigation of the murder of Selena Bedonie, forty-three year old Navajo Indian female; said murder occurring on or about August 7, 2009, in Inscription House, a location within the exterior boundaries of the Navajo Indian Reservation in the District of Arizona.

2. On August 7, 2009, at approximately 3:14 p.m. Mountain Standard Time (MST), Navajo Department of Public

1

Safety (NDPS) Kayenta District Police Officers and Paramedics were dispatched to Inscription House, Arizona, regarding the shooting of Selena Bedonie (hereinafter Bedonie). Paramedics arrived first and discovered Bedonie deceased in the driver's seat of a green, Nissan pickup truck. The Nissan was parked in the driveway of Bedonie's residence. It appeared that Bedonie had a gunshot wound to her head.

3. Upon Officer Gwendolyn Smith's (hereinafter Officer Smith) arrival, she spoke with Bedonie's eight-year-old daughter Jane Doe, who advised that she saw "Daddy shoot Mommy." "Daddy" was identified as Wilson Ray Tsosie (hereinafter Wilson).

4. Officer Randy Sherlock (hereinafter Officer Sherlock) responded to the scene. Officer Sherlock was able to track Wilson's footprints from the scene to a large tree where he located a revolver hidden in the brush. The revolver was described as a .22 caliber revolver with a brown colored handle. Officer Sherlock continued tracking the footprints to a shed approximately a half mile away from where the shooting took place. Officer Sherlock and other police officers located Wilson inside the shed and tribally arrested him for public intoxication.

5. Officer Sherlock met and interviewed Evelyn Yazzie (hereinafter Yazzie), a friend of Bedonie. Yazzie informed Officer Sherlock that earlier in the day, Bedonie

1  told her that Wilson asked her to leave, but Bedonie told him
2  no.  Wilson replied that he was "going to kill" Bedonie.

4          6.   Your affiant and Verna Nez (hereinafter CI Nez)
5  interviewed Wilson, and post Miranda, he advised that he
6  began drinking forty ounce bottles of malt alcohol at 10:00
7  a.m. that morning and continued drinking all day.  Wilson
8  advised that he was too intoxicated to remember anything,
9  except for "cruising" with unknown people, taking a walk, and
10 waking up in the back seat of a police vehicle.  Wilson
11 advised that he owns a .22 caliber gun that is a single shot,
12 and the colors are brown and black.  Wilson keeps the gun
13 loaded with three to four rounds and stores it in the laundry
14 closet.

16          7.   On August 8, 2009, your affiant interviewed
17 Wilson at the Flagstaff Police Station.  Wilson remembered
18 "bits and pieces" of what had occurred the night before.
19 Wilson said that he, Bedonie, and Pierson Jackson
20 (hereinafter Jackson) were out by the Nissan.  Bedonie was
21 sitting inside the Nissan with the driver's door open.
22 Jackson was standing by the driver's side, rear tire, and
23 Wilson was standing near the open driver's side door.
24 Jackson was holding Wilson's gun, a revolver.  Wilson stated
25 they were playing "Russian Roulette."  Jackson put the barrel
26 of the gun inside of his mouth and pressed the trigger.
27 Jackson handed the gun to Wilson, who also put the barrel of
28 the gun inside of his mouth and pressed the trigger.  After

removing the gun from his mouth, Wilson pointed the gun in Bedonie's direction and accidentally pressed the trigger, shooting Bedonie. Wilson dropped the gun, went to the passenger side of the Nissan to check on Bedonie and saw blood. Wilson walked back over to the driver's side of the Nissan, kicked the gun, grabbed a forty ounce bottle of alcohol and walked away from the scene. After that, he "blacked out."

        8.  On August 8, 2009, a forensic interview was conducted on Jane Doe at the Safe Child Center in Flagstaff, Arizona. During the forensic interview, Jane Doe stated that Wilson and Bedonie were arguing inside the Nissan. Both Wilson and Bedonie were intoxicated. Wilson exited the Nissan and walked into the house, where he grabbed his gun from his bedroom closet. Jane Doe followed Wilson and watched him remove the gun from the closet. Jane Doe told Wilson, "no." Wilson walked back outside, stood next to Jackson, and shot Bedonie one time. Wilson turned to Jackson and said, "go to the hospital" and he walked away with the gun.

        The murder of Selena Bedonie as described in paragraphs 2-8, infra, occurred on the Navajo Indian Reservation in Indian Country in the District of Arizona. Based upon the aforementioned information, your affiant believes that Wilson Ray Tsosie has committed a violation of federal law, to wit: Crime on an Indian Reservation, Second

4

Degree Murder, in Violation of Title 18 U. S. C. Sections 1153 and 1111.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Brian C. Fagan, Special Agent
Federal Bureau of Investigation

Sworn and subscribed to before me this 10TH day of August, 2009.

_____
Mark E. Aspey
United States Magistrate Judge

5